JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PACHECO,<br><br>　　　　　Petitioner,<br>　　vs.<br>LINDA SANDERS, Warden,<br>　　　　　Respondent. | Case No. CV 12-4533-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order re Dismissal of Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: <u>January 2, 2013</u>

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1